UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLADYS GATHRIGHT, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOSTON SCIENTIFIC CORP., et al. )<br>)<br>Respondent. ) | No.  4:17 CV 01437 JMB |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Boston Scientific Corp.'s Motion for Clarification.  (ECF No. 21)

By docket text order dated May 17, 2017, the Court granted Boston Scientific's Motion to Stay All Proceedings.  (ECF No. 14)  On May 30, 2017, Plaintiffs filed a "Notice of Motion to Stay Proceedings Including Any Action on Defendant Boston Scientific's Motion to Dismiss Pending a Ruling on Plaintiffs' Motion to Remand and Request to Vacate Boston Scientific's Stay Pending Transfer" (ECF No. 18) as well as a "Notice of Remand to State Court" (ECF No. 16) and their opposition to Boston Scientific's Motion to Dismiss.  (ECF No. 17)

On June 5, 2017, Boston Scientific moved for an extension of time to file their oppositions to the Motions to Stay and for Remand to June 21, 2017.  (ECF No. 19)  The Court granted that extension by docket text order on June 6, 2017.  (ECF No. 20)

Boston Scientific now asks the Court to clarify that it need only currently respond to the portion of Plaintiff's filings related to Plaintiffs' request to lift the existing stay, which forms part of ECF Number 18.  That is consistent with the existing stay.

Accordingly,

**IT IS ORDERED** that Boston Scientific's response to the portion of the Motion to Stay (ECF No. 18) pertaining to Plaintiffs' request to lift the current stay is due June 21, 2017;

**IT IS FURTHER ORDERED** that no responses to Plaintiffs' filings after the imposition of the stay (ECF Nos. 16-18) are due during the pendency of the stay;

**IT IS FINALLY ORDERED** that no other filings may be made in this case pending further order of the Court, except that any party may file a motion to lift the stay if a party believes that is appropriate based on a change in circumstances.

Dated this 8th day of June, 2017.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE